B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Cobra Digital, LLC<br>(a Virginia Limited Liability Company) | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>20-1044723 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>95 Messner Drive<br>Wheeling, IL<br>ZIP Code 60090-6447 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                          Page 2

| **Voluntary Petition** <br><br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Cobra Digital, LLC <br> (a Virginia Limited Liability Company) |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location <br> Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br>     Signature of Attorney for Debtor(s)        (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                 Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Cobra Digital, LLC |
| | (a Virginia Limited Liability Company) |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

Adam P. Silverman, Esq. ARDC #6256676
Printed Name of Attorney for Debtor(s)

Adelman & Gettleman, Ltd.
Firm Name

53 W. Jackson Blvd.
Suite 1050
Chicago, IL 60604
Address

312-435-1050  Fax: 312-435-1059
Telephone Number

March 24, 2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

William J. Pearson, III
Printed Name of Authorized Individual

President
Title of Authorized Individual

March 24, 2015
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**United States Bankruptcy Court**
**Northern District of Illinois**

In re   Cobra Digital, LLC
                             Debtor(s)

Case No. _____
Chapter      7

### VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 66

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   March 24, 2015 _____

William J. Pearson, III/President
Signer/Title

2 T's LLC
7300 N. Monticello
Attn: Rich Block
Skokie, IL 60076

Adam Kralic
218 Heather Lane
Wood Dale, IL 60191

Admiral Air Express d/b/a ALG
745 Dillon Drive
Attn: James Hezinger
Wood Dale, IL 60191

Admiral Air Express d/b/a ALG
c/o Joel Rabb
George A. Hesik & Associates, Ltd.
821 Garfield Street
Oak Park, IL 60304

Admiral Air Express d/b/a ALG Worldwide
745 Dillon Drive
Attn: James Hezinger
Wood Dale, IL 60191

Admiral Air Express d/b/a ALG Worldwide
c/o Joel Rabb
George A. Hesik & Associates, Ltd.
821 Garfield Street
Oak Park, IL 60304

ALG Worldwide Logistics, LLC
745 Dillon Drive
Wood Dale, IL 60191

Andrews Staffing
Dept 4682
Attn: Sandy Hustedt
Carol Stream, IL 60122-4682

Associated Bank
200 N. Adams Street
P.O. Box 19006
Green Bay, WI 54307-9006

Associated Bank
330 E. Kilbourn Ave., Suite 200
Attn: Mike Waltz
Milwaukee, WI 53202


Associated Bank
Jacobs and Pinta
77 W. Washington St., Suite 1005
c/o Tina Jacobs, Esq.
Chicago, IL 60602


C&C Box and Display Co., Inc.
P.O. Box 2327
Attn: Bethe Coniglio
Des Plaines, IL 60017-2327


Cassidy & Company
2005 Pin Oak Drive
Suite #3
ATTN: Kathy Jarnagin
Saint Paul, MN 55122


CBC Customhouse Brokers, Inc.
P.O. Box 730
Attn: Jessica Goff
Bloomingdale, IL 60108


CFB Computers
664 North Milwaukee Avenue
Attn: Gantry
Prospect Heights, IL 60070


Clutch Global Logistics, Inc.
180 Champion Way
Attn: David Gross
Melrose Park, IL 60164


CNDE Technology Limited
Unit D, Block C1, 6/F
Wing Hing Industrial Bldg.
14 Hing Yip Street
Kwun Tong, Kowloon, Hong Kong


Cobra Digital, LLC
c/o William J. Pearson, III
371 Sharon Drive
Barrington, IL 60010

Comcast
PO Box 10584
Atlanta, GA 30348


Commerce Technologies, Inc.
25736 Network Place
Chicago, IL 60673-1257


Corsan Marketing, Inc., Robert F. Cox
266 White Plains Road
Suite D-2
ATTN: Joanne Cox
Eastchester, NY 10709


Costabile & Steffens, P.C.
1805 Hicks Road
Attn: Frank Cosabile
Rolling Meadows, IL 60008


Duggan & Brown, Inc.
1617 Old York Rd.
ATTN: Evan Brown/Janet Nikoden
Abington, PA 19001


Ellyn Joy Studios
Eight Middlebury Lande
Lincolnshire, IL 60069


Enchanted Moments
344 Fence Row Drive
ATTN: Susan Donner
Fairfield, CT 06824


FedEx
P.O. Box 94515
Palatine, IL 60094-4515


GBS Document Solutions
P.O. Box 2340
North Canton, OH 44720-0340


Hong Kong King Wise International
Brown & Joseph, Ltd.
6Fi,No.1 BaiSha Rd.Ningbo
Attn: Elizabeth Dawson

Horizon International Cargo, Inc.
860 Thomas Drive
Attn: Greg Gesicki
Bensenville, IL 60106


Illinois Department of Revenue
100 W. Randolph
Bankruptcy Section-Level 7-425
Chicago, IL 60601


Illinois Dept. of Employment Security
33 South State Street
9th Floor
Chicago, IL 60603


Internal Revenue Service
Special Procedures Branch
230 S. Dearborn, Suite 3030A
Attn: STOP 5010-CHI
Chicago, IL 60604


ITA
655 A. Street, Suite F
Attn: Patricia Lucek
Springfield, OR 97477-4670


Jet-Speed Logistics (USA) LLC
1555 Mittel Blvd., Suite J
Attn: Margaret
Wood Dale, IL 60191


Kaufman & Canoles
P.O. Box 3037
Norfolk, VA 23514-3037


Kelly Montalbano
295 Hobbie Bush Dr.
Lake Zurich, IL 60047


Liquid Capital Trade Finance, Inc.
5734 Yonge St., Suite 400
Toronto Ontario M2M 4E7
Canada

Liquid Capital Trade Finance, Inc.
579 N. 1st Bank Drive, Suite 200
Attn: Tom Stamborski
Palatine, IL 60067


Lone Star Incentives
709 E. First Street
ATTN: Linda Walvoord
Prosper, TX 75078


MSI Associates
20 Joshua Trail
ATTN: Mark Israel
Madison, CT 06443


Multi-Line Marketing, Inc.
c/o Susan H. Booker, Esq.
Levun, Goodman & Cohen, LLP
500 Skokie Blvd., Suite 650
Northbrook, IL 60062


National Marketing Group
2904 Redfield Drive
ATTN: David Mears
Plano, TX 75025-2343


Next Level Sales & Mktg
7108 De Soto Ave., Suite 103
ATTN: David Lampf
Canoga Park, CA 91303


NOPHIKA, LLC
13412 Rupert Court
Henrico, VA 23233


Oakley, Inc.
c/o Ali S. Razai, Esq.
Knobbe, Martens, Olson & Bear, LLP
2040 Main St., 14th Floor
Irvine, CA 92614


Paul Shia & Associates Inc.
PO Box 2011
ATTN: Paul Shia
Grapevine, TX 76099-2011

Petra Industries
c/o Michelle Golden, Esq.
Mages & Price, LLC
707 Lake Cook Road, Suite 314
Deerfield, IL 60015


Pioneer Sales and Marketing
2015 Mount Wilderness Pointe
ATTN: Ron Lee
High Ridge, MO 63049


Prime Memory Solution
4600 Kietzke Lane. Suite H-182
Attn: Voker
Reno, NV 89502


Production Materials
95 Messner Drive
Attn: Neil Gottesman
Wheeling, IL 60090


Robinson Payne, LLC
2800 West Higgins Road, Suite 160
Attn: Richmond A. Payne
Hoffman Estates, IL 60169-7221


Russell Basch
13412 Rupert Ct.
Richmond, VA 23233


Spagnolo & Hoeksema, LLC
2500 West Higgins Road, Suite 100
Attn: Kristen Hoeksema
Hoffman Estates, IL 60169


SPS Commerce, Inc.
VB Box 3
P.O. Box 9202
Minneapolis, MN 55480-9202


TDS Metrocom
P.O. Box 94510
Palatine, IL 60094-4510

The Distribution Network, Inc.
655 A Street, Suite F
ATTN: Donna Corson
Springfield, OR 97477


The Harford
P.O. Box 2907
Attn: Dan Berman
Hartford, CT 06104-2907


The Moscoe Group
10900 Wayzata Blvd
Suite 600
ATTN: Mark Knooihuizen
Minnetonka, MN 55305-5602


Toedesign, Inc.
Studio #11
193 Hackensack Plank
Attn: Aaron Hyperlink
Weehawken, NJ 07086


ULINE
P.O. Box 88741
Chicago, IL 60680-1741


UPS Domestic
Lockbox 577
Carol Stream, IL 60132-0577


UPS Freight
28013 Network Place
Chicago, IL 60673-1280


Vanasco Genelly & Miller
33 N. LaSalle St., Suite 2200
Chicago, IL 60602


Walgreens Co
c/o Robert M. Andalman
542 S. Dearborn Street
10th Floor
Chicago, IL 60605

William J. Pearson, III
371 Sharon Drive
Barrington, IL 60010


Xcelacore
810 S. Thurlow
Attn: Mansoor Anjarwala
Hinsdale, IL 60521