UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COBRA DIGITAL, LLC | § | Case No. 15-10496 |
| | § | |
| Debtor | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/24/2015. The undersigned trustee was appointed on 03/24/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $    13,207.51

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 12.58 |
   | Bank service fees | 186.22 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]      $    13,008.71

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was  08/07/2015  and the deadline for filing governmental claims was  09/21/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,070.75 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,070.75 , for a total compensation of $ 2,070.75 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 102.75 , for total expenses of $ 102.75 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/08/2016                                         By: /s/BARRY A. CHATZ
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| Case No: | 15-10496 | JSB | Judge: | Janet S. Baer | Trustee Name: | BARRY A. CHATZ |
| Case Name: | COBRA DIGITAL, LLC | | | | Date Filed (f) or Converted (c): | 03/24/2015 (f) |
| | | | | | 341(a) Meeting Date: | 05/05/2015 |
| For Period Ending: | 11/08/2016 | | | | Claims Bar Date: | 08/07/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Petty Cash 95 Messner Drive Wheeling, Il 60090-6447 | 15.26 | 0.00 | | 0.00 | FA |
| 2. Associated Bank Account #2155160308 200 N. Adams St. P.O. Bo | 2,847.80 | 0.00 | | 115.42 | FA |
| 3. Mb Bank 125 Mchenry Road Wheeling, Il 60090 Account #0691780 | 1,777.19 | 0.00 | | 4,092.09 | FA |
| 4. Pay Pal Associated Bank 200 N. Adams St. P.O. Box 19006 Gree | 224.26 | 0.00 | | 0.00 | FA |
| 5. The Hartford P.O. Box 660916 Dallas, Tx 75266-0916 The Hartf | 0.00 | 0.00 | | 0.00 | FA |
| 6. The Hartford P.O. Box 660916 Dallas, Tx 75266-0916 The Hartf | 0.00 | 0.00 | | 0.00 | FA |
| 7. See Attached Schedule B-16, Created As Of March 23, 2015, Wh | 115.92 | 0.00 | | 0.00 | FA |
| 8. All Rights In And To Domain Name, "Cobradigital.Com" And Tra | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Ordinary And Customary General Intangibles, Including Goodwi | 3,000.00 | 0.00 | | 0.00 | FA |
| 10. See Attached Schedule B-28 & B-29 Miscellaneous Warehouse Eq | 7,535.87 | 0.00 | OA | 0.00 | FA |
| 11. See Attached Schedule B-28 & B-29 Miscellaneous Machinery, F | 0.00 | 0.00 | OA | 0.00 | FA |
| 12. See Attached Schedule B-30 Created As Of March 16, 2015 Inve | 172,454.80 | 0.00 | OA | 0.00 | FA |
| 13. See Attached Schedule B-30 Created As Of March 16, 2015 Inve | 130,058.50 | 0.00 | OA | 0.00 | FA |
| 14. Relidy 1510 West Fairmont Street Longview, Tx 75604 1 Yr Web | 149.95 | 0.00 | | 0.00 | FA |
| 15. Gs1 Us P.O. Box 71-3034 Columbus, Oh 43271-3034 Account #104 | 300.00 | 0.00 | | 0.00 | FA |
| 16. Aplusnet 7500M W. 110Th Str., Suite 400 Overland Pk., Ks 662 | 265.39 | 0.00 | | 0.00 | FA |
| 17. Icix 1 Tower Place, Suite 300 South San Francisco, Ca 94080 | 600.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-10496 | JSB | Judge: | Janet S. Baer | Trustee Name: | BARRY A. CHATZ |
| Case Name: | COBRA DIGITAL, LLC | | | | Date Filed (f) or Converted (c): | 03/24/2015 (f) |
| | | | | | 341(a) Meeting Date: | 05/05/2015 |
| For Period Ending: | 11/08/2016 | | | | Claims Bar Date: | 08/07/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18. Worldsync, Inc. P.O. Box 71-3883 Columbus, Oh 43271-3883 Kma | 1,225.00 | 0.00 | | 0.00 | FA |
| 19. Worldsync, Inc. P.O. Box 71-3883 Columbus, Oh 43271-3883 Wal | 1,225.00 | 0.00 | | 0.00 | FA |
| 20. Cause of Action (u) | Unknown | 9,000.00 | | 9,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $322,794.94    $9,000.00    $13,207.51    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case fully administered. TFR being prepared.

| RE PROP # | 10 | -- | Asset abandoned by Trustee's Notice of Abandonment filed 3/10/16 (Docket entry #28) |
| RE PROP # | 11 | -- | Asset abandoned by Trustee's Notice of Abandonment filed 3/10/16 (Docket entry #28) |
| RE PROP # | 12 | -- | Asset abandoned by Trustee's Notice of Abandonment filed 3/10/16 (Docket entry #28) |
| RE PROP # | 13 | -- | Asset abandoned by Trustee's Notice of Abandonment filed 3/10/16 (Docket entry #28) |
| RE PROP # | 20 | -- | Settlement with The Hartford for litigation commenced by The Hartford regarding insurance coverage purchased by debtor |

Initial Projected Date of Final Report (TFR): 06/30/2017    Current Projected Date of Final Report (TFR): 06/30/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 15-10496 | Trustee Name: | BARRY A. CHATZ | |
| Case Name: | COBRA DIGITAL, LLC | Bank Name: | Union Bank | |
| | | Account Number/CD#: | XXXXXX0748 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX4723 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 11/08/2016 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/15 | | Transfer from Acct # xxxxxx9734 | Transfer of Funds | 9999-000 | $4,167.51 | | $4,167.51 |
| 09/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,152.51 |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,137.51 |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,122.51 |
| 12/28/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,107.51 |
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,092.51 |
| 01/27/16 | 20 | THE HARTFORD HOME OFFICE LIABILITY LARGE LOSS HARTFORD PLAZA T-8-98 HARTFORD, CT 06115 | PREFERENCE SETTLEMENT | 1249-000 | $9,000.00 | | $13,092.51 |
| 02/17/16 | 400001 | Adams-Levine 370 Lexington Avenue, Suite 1101 New York, NY 10017 | Bond Premium | 2300-000 | | $12.58 | $13,079.93 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $13,064.93 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.15 | $13,046.78 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.36 | $13,027.42 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.71 | $13,008.71 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $13,167.51 | $158.80 |
| Less: Bank Transfers/CD's | $4,167.51 | $0.00 |
| Subtotal | $9,000.00 | $158.80 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $9,000.00 | $158.80 |

Exhibit B

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-10496 | Trustee Name: BARRY A. CHATZ |
| Case Name: COBRA DIGITAL, LLC | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX9734 |
| | Checking |
| Taxpayer ID No: XX-XXX4723 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/08/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/24/15 | 3 | Cobra Digital LLC VA<br>95 Messenger Drive<br>Wheeling, IL  60090-6447 | LIQUIDATION OF OTHER ASSET<br>Funds from debtor account at MB Financial Bank | 1129-000 | $4,092.09 | | $4,092.09 |
| 04/24/15 | 2 | Cobra Digital LLC<br>95 E. Wheeling Drive<br>Wheeling, IL  60090 | LIQUIDATION OF OTHER ASSET<br>Funds from debtor account at Associated Bank | 1129-000 | $115.42 | | $4,207.51 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,197.51 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,187.51 |
| 07/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,177.51 |
| 08/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,167.51 |
| 08/21/15 | | Transfer to Acct # xxxxxx0748 | Transfer of Funds | 9999-000 | | $4,167.51 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $4,207.51 | $4,207.51 |
| Less: Bank Transfers/CD's | $0.00 | $4,167.51 |
| Subtotal | $4,207.51 | $40.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,207.51 | $40.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*          Page Subtotals:     $4,207.51     $4,207.51

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0748 - Checking | $9,000.00 | $158.80 | $13,008.71 |
| XXXXXX9734 - Checking | $4,207.51 | $40.00 | $0.00 |
|  | $13,207.51 | $198.80 | $13,008.71 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $13,207.51 |
| Total Gross Receipts: | $13,207.51 |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-10496
Case Name: COBRA DIGITAL, LLC
Trustee Name: BARRY A. CHATZ

Balance on hand $ 13,008.71

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 14 | Associated Bank N.A. | $ 1,112,987.28 | $ 1,112,987.28 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 13,008.71

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 2,070.75 | $ 0.00 | $ 1,060.99 |
| Trustee Expenses: BARRY A. CHATZ | $ 102.75 | $ 0.00 | $ 52.65 |
| Attorney for Trustee Fees: FrankGecker, LLP | $ 23,162.50 | $ 0.00 | $ 11,867.81 |
| Other: FRANKGECKER LLP | $ 53.20 | $ 0.00 | $ 27.26 |

Total to be paid for chapter 7 administrative expenses $ 13,008.71

Remaining Balance $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 6,195.30 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 15 | Nmg Premiums, Inc | $ 6,195.30 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,238,226.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Walgreen Co. | $ 908,211.00 | $ 0.00 | $ 0.00 |
| 2 | Fedex Tech Connect Inc As Assignee | $ 2,209.84 | $ 0.00 | $ 0.00 |
| 3 | Liquid Capital Exchange | $ 73,150.35 | $ 0.00 | $ 0.00 |
| 4 | Admiral Air Express D/B/A Alg | $ 196,139.26 | $ 0.00 | $ 0.00 |
| 5 | Gbs Document Solutions | $ 68.75 | $ 0.00 | $ 0.00 |
| 6 | Production Materials Inc | $ 2,500.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | United Parcel Service | $ 197.34 | $ 0.00 | $ 0.00 |
| 8 | United Parcel Service | $ 119.63 | $ 0.00 | $ 0.00 |
| 9 | Kelly Montalbano | $ 2,054.00 | $ 0.00 | $ 0.00 |
| 10 | Pioneer Sales And Marketing | $ 13,504.24 | $ 0.00 | $ 0.00 |
| 11 | Jet-Speed Logistics (Usa) Llc | $ 25,649.02 | $ 0.00 | $ 0.00 |
| 12 | Duggan & Brown Inc | $ 10,340.16 | $ 0.00 | $ 0.00 |
| 13 | Wal-Mart Stores, Inc. | $ 4,082.47 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE