IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| COBRA DIGITAL, LLC, | Case No. 15-10496 |
| Debtor. | Honorable Janet S. Baer |

**CERTIFICATE OF SERVICE BY MAIL**

    I, Barry A. Chatz, an attorney, certify I caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be sent to all creditors and other parties in interest of Cobra Digital, LLC, which are listed on the attached Service List by deposit in U.S. Mail, first class postage prepaid, on December 9, 2016.


                                  /s/ Barry A Chatz, Trustee


Barry A. Chatz (ARDC# 06196639)
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606
(312) 876-7100
(312) 876-0288 Facsimile
bachatz@arnstein.com

Label Matrix for local noticing
0752-1
Case 15-10496
Northern District of Illinois
Chicago
Fri Dec  9 10:21:11 CST 2016

Adam Kralic
218 Heather Lane
Wood Dale, IL 60191-2079

2 T's LLC
7300 N. Monticello
Attn: Rich Block
Skokie, IL 60076-4025

ALG Worldwide Logistics, LLC
745 Dillon Drive
Wood Dale, IL 60191-1273

Admiral Air Express d/b/a ALG Worldwide
745 Dillon Drive
Attn: James Hezinger
Wood Dale, IL 60191-1273

Admiral Air Express d/b/a ALG Worldwide
c/o Joel Rabb
George A. Hesik & Associates, Ltd.
821 Garfield Street
Oak Park, IL 60304-1902

Andrews Staffing
Dept 4682
Attn: Sandy Hustedt
Carol Stream, IL 60122-4682

Associated Bank
200 N. Adams Street
P.O. Box 19006
Green Bay, WI 54307-9006

Associated Bank
330 E. Kilbourn Ave., Suite 200
Attn: Mike Waltz
Milwaukee, WI 53202-3140

Associated Bank
Jacobs and Pinta
77 W. Washington St., Suite 1005
c/o Tina Jacobs, Esq.
Chicago, IL 60602-3259

Associated Bank N.A.
Howard & Howard Attorneys
Attn Daniel Rubin
200 S Michigan Ave Suite 1100
Chicago, IL 60604-2461

C&C Box and Display Co., Inc.
P.O. Box 2327
Attn: Bethe Coniglio
Des Plaines, IL 60017-2327

CBC Customhouse Brokers, Inc.
P.O. Box 730
Attn: Jessica Goff
Bloomingdale, IL 60108-0730

CFB Computers
664 North Milwaukee Avenue
Attn: Gantry
Prospect Heights, IL 60070-2352

CNDE Technology Limited
Unit D, Block C1, 6/F
Wing Hing Industrial Bldg.
14 Hing Yip Street
Kwun Tong, Kowloon, Hong Kong

Cassidy & Company
2005 Pin Oak Drive
Suite #3
ATTN: Kathy Jarnagin
Saint Paul, MN 55122-2480

Cassidy & Company
Carlson Marketing Group
1405 Xenium Lane North
Minneapolis, MN 55441-4429

Clutch Global Logistics, Inc.
180 Champion Way
Attn: David Gross
Melrose Park, IL 60164-1697

Cobra Digital, LLC
an Illinois limited liability company)
c/o William J. Pearson, III
371 Sharon Drive
Barrington, IL 60010-3412

Comcast
PO Box 10584
Atlanta, GA 30310-0584

Commerce Technologies, Inc.
25736 Network Place
Chicago, IL 60673-1257

Corsan Marketing, Inc., Robert F. Cox
266 White Plains Road
Suite D-2
ATTN: Joanne Cox
Eastchester, NY 10709-4423

Costabile & Steffens, P.C.
1805 Hicks Road
Attn: Frank Cosabile
Rolling Meadows, IL 60008-1215

DeMott Marketing, Inc.
P.O. Box 270529
Superior, CO 80027

```
Department of the Treasury                                                          Duggan & Brown, Inc.
Internal Revenue Service                                                            1617 Old York Rd.
PO Box 7346                                                                         ATTN: Evan Brown/Janet Nikoden
Philadelphia PA 19101-7346                                                          Abington, PA 19001-1892



Ellyn Joy Studios                       Enchanted Moments                           FedEx
8 Middlebury Lane                       344 Fence Row Drive                         P.O. Box 94515
Lincolnshire, IL 60069-4026             ATTN: Susan Donner                          Palatine, IL 60094-4515
                                        Fairfield, CT 06824-7005



FedEx Tech Connect Inc as Assignee      Felsen, Moscoe, Mitchell and Assoc.
of FedEx Express Corp FedEx Ground      6600 City West Parkway, Suite 100
Package Systems Inc FedEx Frieght Inc   Eden Prairie, MN 55344-7706
Attn Revenue Recovery/Bankruptcy
3965 Airways Blvd, Module G, 3rd Floor
Memphis, Tennessee 38116-5017

GBS Document Solutions                  HLS Enterprises, Inc.                       Hammacher Schlemmer
P.O. Box 2340                           326 First Steet, Suite 11                   c/o Anita Annunciacion
North Canton, OH 44720-0340             Annapolis, MD 21403-2633                    Altus Global Trade Solutions
                                                                                    2400 Veteran Blvd Suite 300
                                                                                    Kenner, LA 70063


Reed A Heiligman                        Timothy R Herman                            Hong Kong King Wise International
FrankGecker LLP                         Clark Hill PLC                              Limited Suite B 19 F Tower
325 N LaSalle Street Ste 625            150 N. Michigan Avenue, Suite 2700          3 China HK City
Chicago, IL 60654-6465                  Chicago, IL 60601-7576                      33 Canton Rd Tsimshatsui Kowllon
                                                                                    Tehonk Kong


Horizon International Cargo, Inc.       ITA                                         Illinois Department of Employment Security
860 Thomas Drive                        655 A. Street, Suite F                      Bankruptcy Unit Collection Subdivision
Attn: Greg Gesicki                      Attn: Patricia Lucek                        33 South State Street 10th Floor
Bensenville, IL 60106-1627              Springfield, OR 97477-4670                  Chicago IL 60603-2804



(p)ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY DEPARTMENT
P O BOX 64338
CHICAGO IL 60664-0338



(p)INTERNAL REVENUE SERVICE             Jam Associates, Inc.                        Jet-Speed Logistics (USA) LLC
CENTRALIZED INSOLVENCY OPERATIONS       125 W. 55th St., Suite 301                  Leslie Gutierrez Clark Hill PLC
PO BOX 7346                             Clarendon Hills, IL 60514-6312              150 N Michigan Ave
PHILADELPHIA PA 19101-7346                                                          Suite 2700
                                                                                    Chicago, IL 60601-7576


Kaufman & Canoles                       Kelly Montalbano                            Patrick S Layng
P.O. Box 3037                           295 Hobbie Bush Dr.                         Office of the U.S. Trustee, Region 11
Norfolk, VA 23514-3037                  Lake Zurich, IL 60047-2705                  219 S Dearborn St
                                                                                    Room 873
                                                                                    Chicago, IL 60604-2027


Liquid Capital Exchange                 Liquid Capital Trade Finance, Inc.          Liquid Capital Trade Finance, Inc.
Coface North America Insurance Company  5734 Yonge St., Suite 400                   579 N. 1st Bank Drive, Suite 200
50 Millstone Rd., Bldg. 100, Ste. 360   Toronto Ontario M2M 4E7                     Attn: Tom Stamborski
East Windsor, NJ 08520-1415             Canada                                      Palatine, IL 60067-8126
```

Lone Star Incentives
709 E. First Street
ATTN: Linda Walvoord
Prosper, TX 75078-2982

MP Sales
9 Mosley Acres St.
Saint Louis, MO 63141-7640

MSI Associates
20 Joshua Trail
ATTN: Mark Israel
Madison, CT 06443-1882

Mintz Lachar Associate
18771 Hillsboro Road
Northridge, CA 91326-3909

Multi-Line Marketing, Inc.
Attn: Michael Gubov
8530 Monticello Ave.
Skokie, IL 60076-2348

Multi-Line Marketing, Inc.
c/o Susan H. Booker, Esq.
Levun, Goodman & Cohen, LLP
500 Skokie Blvd., Suite 650
Northbrook, IL 60062-2814

NMG Premiums, Inc
dba National Marketing Group
2904 Redfield Drive
Plano, TX 75025-2343

NOPHIKA, LLC
13412 Rupert Court
Henrico, VA 23233-7048

Next Level Sales & Mktg
7108 De Soto Ave., Suite 103
ATTN: David Lampf
Canoga Park, CA 91303-2290

Oakley, Inc.
7795 West Flagler Street
Miami, FL 33144-2359

Oakley, Inc.
c/o Ali S. Razai, Esq.
Knobbe, Martens, Olson & Bear, LLP
2040 Main St., 14th Floor
Irvine, CA 92614-8214

Paul Shia & Associates Inc.
PO Box 2011
ATTN: Paul Shia
Grapevine, TX 76099-2011

Petra Industries
2101 S. Kelly Ave.
Edmond, OK 73013-3665

Petra Industries
c/o Michelle Golden, Esq.
Mages & Price, LLC
707 Lake Cook Road, Suite 314
Deerfield, IL 60015-4933

Pioneer Sales and Marketing
2015 Mount Wilderness Pointe
ATTN: Ron Lee
High Ridge, MO 63049-2897

Prime Memory Solution
4600 Kietzke Lane. Suite H-182
Attn: Voker
Reno, NV 89502-5042

Production Materials
95 Messner Drive
Attn: Neil Gottesman
Wheeling, IL 60090-6447

Robinson Payne, LLC
2800 West Higgins Road, Suite 160
Attn: Richmond A. Payne
Hoffman Estates, IL 60169-7221

Ross Buehler
5770 Mexico Road
Suite A
St. Peters, MO 63376-2264

Daniel Rubin
Howard and Howard
200 S. Michigan Ave.
Suite 1100
Chicago, IL 60604-2461

Russell Basch
13412 Rupert Ct.
Richmond, VA 23233-7048

SPS Commerce, Inc.
VB Box 3
P.O. Box 9202
Minneapolis, MN 55480-9202

Seventh Avenue Inc.
1112 7th Avenue
P.O. Box 2815
Monroe, WI 53566-8015

Adam P. Silverman
Adelman & Gettleman, Ltd.
53 West Jackson Blvd.
Suite 1050
Chicago, IL 60604-3786

Simcor, Inc.
205 W. Gambler St.
Mount Vernon, OH 43050-2423

Spagnolo & Hoeksema, LLC
2500 West Higgins Road, Suite 100
Attn: Kristen Hoeksema
Hoffman Estates, IL 60169-2052

TDS Metrocom
P.O. Box 94510
Palatine, IL 60094-4510

The Distribution Network, Inc.
655 A Street, Suite F
ATTN: Donna Corson
Springfield, OR 97477-4670

The Harford
998 Farmington Ave #212
Attn Dan Berman Agency
Hartford, CT 06107-2184

The Moscoe Group
10900 Wayzata Blvd
Suite 600
ATTN: Mark Knooihuizen
Minnetonka, MN 55305-5803

Toedesign, Inc.
Studio #11
193 Hackensack Plank
Attn: Aaron Hyperlink
Weehawken, NJ 07086

Top Dawg Enterprize
5886 DeZavala, #239
San Antonio, TX 78249-2268

ULINE
P.O. Box 88741
Chicago, IL 60680-1741

UPS Domestic
Lockbox 577
Carol Stream, IL 60132-0577

UPS Freight
28013 Network Place
Chicago, IL 60673-1280

United Parcel Service
United Parcel Service (Freight)
c/o Receivable Management Services (RMS
P.O. Box 4396
Timonium, MD 21094-4396

Vanasco Genelly & Miller
33 N. LaSalle St., Suite 2200
Chicago, IL 60602-2616

Wal-Mart Stores, Inc.
102 SW 8th Street
Bentonville, AR 72716-0001

Wal-Mart Stores, Inc.
c/o Charles B. Hendricks
Cavazos, Hendricks, Poirot & Smitham, PC
Suite 570, Founders Square
900 Jackson Street
Dallas, Texas 75202-2413

Walgreen Co.
Elyse Tish
Walgreen Co.
104 Wilmot Road, 3rd Floor, MS 1431
Deerfield, IL 60015-5121

Walgreens Co
P.O. Box 4025
Danville, IL 61834-4025

Walgreens Co
c/o Robert M. Andalman
542 S. Dearborn Street
10th Floor
Chicago, IL 60605-1508

Xcelacore
810 S. Thurlow
Attn: Mansoor Anjarwala
Hinsdale, IL 60521-4328

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | § |
| | § |
| COBRA DIGITAL, LLC | §    Case No. 15-10496 |
| | § |
| Debtor | § |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on Tuesday, January 17, 2017 in Courtroom 615, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/19/2016            By: /s/ Barry A. Chatz, Trustee
                                                                       Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
COBRA DIGITAL, LLC § Case No. 15-10496
§
Debtor §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 13,207.51 |
| and approved disbursements of | $ | 198.80 |
| leaving a balance on hand of[1] | $ | 13,008.71 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 14 | Associated Bank N.A. | $ 1,112,987.28 | $ 1,112,987.28 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 13,008.71 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 2,070.75 | $ 0.00 | $ 1,060.99 |
| Trustee Expenses: BARRY A. CHATZ | $ 102.75 | $ 0.00 | $ 52.65 |
| Attorney for Trustee Fees: FrankGecker, LLP | $ 23,162.50 | $ 0.00 | $ 11,867.81 |
| Other: FRANKGECKER LLP | $ 53.20 | $ 0.00 | $ 27.26 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 13,008.71 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

  Remaining Balance                  $    0.00

  Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 6,195.30 must be paid in advance of any dividend to general (unsecured) creditors.

  Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 15 | Nmg Premiums, Inc | $ 6,195.30 | $ 0.00 | $ 0.00 |

  Total to be paid to priority creditors            $    0.00

  Remaining Balance                  $    0.00

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $ 1,238,226.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Walgreen Co. | $ 908,211.00 | $ 0.00 | $ 0.00 |
| 2 | Fedex Tech Connect Inc As Assignee | $ 2,209.84 | $ 0.00 | $ 0.00 |
| 3 | Liquid Capital Exchange | $ 73,150.35 | $ 0.00 | $ 0.00 |
| 4 | Admiral Air Express D/B/A Alg | $ 196,139.26 | $ 0.00 | $ 0.00 |
| 5 | Gbs Document Solutions | $ 68.75 | $ 0.00 | $ 0.00 |
| 6 | Production Materials Inc | $ 2,500.00 | $ 0.00 | $ 0.00 |
| 7 | United Parcel Service | $ 197.34 | $ 0.00 | $ 0.00 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | United Parcel Service | $ 119.63 | $ 0.00 | $ 0.00 |
| 9 | Kelly Montalbano | $ 2,054.00 | $ 0.00 | $ 0.00 |
| 10 | Pioneer Sales And Marketing | $ 13,504.24 | $ 0.00 | $ 0.00 |
| 11 | Jet-Speed Logistics (Usa) Llc | $ 25,649.02 | $ 0.00 | $ 0.00 |
| 12 | Duggan & Brown Inc | $ 10,340.16 | $ 0.00 | $ 0.00 |
| 13 | Wal-Mart Stores, Inc. | $ 4,082.47 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors  $ 0.00

Remaining Balance  $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Barry A. Chatz, Trustee
                                Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606*

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.