# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COBRA DIGITAL, LLC | § | Case No. 15-10496 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 318,169.95<br>*(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 0.00 | Claims Discharged<br>Without Payment: 4,718,863.86 |
| Total Expenses of Administration: 13,207.51 | |

3) Total gross receipts of $ 13,207.51 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 13,207.51 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 745,549.01 | $ 1,112,987.28 | $ 1,112,987.28 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 24,578.24 | 24,578.24 | 13,207.51 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 8,019.00 | 6,195.30 | 6,195.30 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,720,874.49 | 1,238,226.06 | 1,238,226.06 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 3,474,442.50 | $ 2,381,986.88 | $ 2,381,986.88 | $ 13,207.51 |

4)  This case was originally filed under chapter 7 on  03/24/2015 .  The case was pending for 23 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/10/2017                    By:/s/BARRY A. CHATZ
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Associated Bank Account #2155160308 200 N. Adams St. P.O. Bo | 1129-000 | 115.42 |
| Mb Bank 125 Mchenry Road Wheeling, Il 60090 Account #0691780 | 1129-000 | 4,092.09 |
| Cause of Action | 1249-000 | 9,000.00 |
| TOTAL GROSS RECEIPTS | | $ 13,207.51 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Admiral Air Express d/b/a ALG 745 Dillon Drive Attn: James Hezinger Wood Dale, IL 60191 | | 198,653.30 | NA | NA | 0.00 |
| | Admiral Air Express d/b/a ALG c/o Joel Rabb George A. Hesik & Associates, Ltd. 821 Garfield Street Oak Park, IL 60304 | | 0.00 | NA | NA | 0.00 |
| | Associated Bank 200 N. Adams Street P.O. Box 19006 Green Bay, WI 54307-9006 | | 481,178.23 | NA | NA | 0.00 |
| | Associated Bank 330 E. Kilbourn Ave., Suite 200 Attn: Mike Waltz Milwaukee, WI 53202 | | 0.00 | NA | NA | 0.00 |
| | Associated Bank Jacobs and Pinta 77 W. Washington St., Suite 1005 c/o Tina Jacobs, Esq. Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Liquid Capital Trade Finance, Inc. 5734 Yonge St., Suite 400 Toronto Ontario M2M 4E7 Canada | | 65,717.48 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Liquid Capital Trade Finance, Inc. 579 N. 1st Bank Drive, Suite 200 Attn: Tom Stamborski Palatine, IL 60067 | | 0.00 | NA | NA | 0.00 |
| 14 | Associated Bank N.A. | 4210-000 | NA | 1,112,987.28 | 1,112,987.28 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 745,549.01 | $ 1,112,987.28 | $ 1,112,987.28 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 1,060.99 | 1,060.99 | 1,060.99 |
| BARRY A. CHATZ | 2200-000 | NA | 102.75 | 102.75 | 52.65 |
| Adams-Levine | 2300-000 | NA | 12.58 | 12.58 | 12.58 |
| The Bank of New York Mellon | 2600-000 | NA | 40.00 | 40.00 | 40.00 |
| Union Bank | 2600-000 | NA | 146.22 | 146.22 | 146.22 |
| FrankGecker, LLP | 3210-000 | NA | 23,162.50 | 23,162.50 | 11,867.81 |
| FRANKGECKER LLP | 3220-000 | NA | 53.20 | 53.20 | 27.26 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 24,578.24 | $ 24,578.24 | $ 13,207.51 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue 100 W. Randolph Bankruptcy Section-Level 7-425 Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Illinois Dept. of Employment Security 33 South State Street 9th Floor Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service Special Procedures Branch 230 S. Dearborn, Suite 3030A Attn: STOP 5010-CHI Chicago, IL 60604 | | 0.00 | NA | NA | 0.00 |
| | Kelly Montalbano 295 Hobbie Bush Dr. Lake Zurich, IL 60047 | | 2,054.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | William J. Pearson, III 371 Sharon Drive Barrington, IL 60010 | | 5,965.00 | NA | NA | 0.00 |
| 15 | Nmg Premiums, Inc | 5200-000 | NA | 6,195.30 | 6,195.30 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$ 8,019.00** | **$ 6,195.30** | **$ 6,195.30** | **$ 0.00** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 T's LLC 7300 N. Monticello Attn: Rich Block Skokie, IL 60076 | | 15.00 | NA | NA | 0.00 |
| | Adam Kralic 218 Heather Lane Wood Dale, IL 60191 | | 550.00 | NA | NA | 0.00 |
| | Admiral Air Express d/b/a ALG Worldwide 745 Dillon Drive Attn: James Hezinger Wood Dale, IL 60191 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Admiral Air Express d/b/a ALG Worldwide c/o Joel Rabb George A. Hesik & Associates, Ltd. 821 Garfield Street Oak Park, IL 60304 | | 0.00 | NA | NA | 0.00 |
| | ALG Worldwide Logistics, LLC 745 Dillon Drive Wood Dale, IL 60191 | | 198,653.30 | NA | NA | 0.00 |
| | Andrews Staffing Dept 4682 Attn: Sandy Hustedt Carol Stream, IL 60122-4682 | | 3,274.14 | NA | NA | 0.00 |
| | C&C Box and Display Co., Inc. P.O. Box 2327 Attn: Bethe Coniglio Des Plaines, IL 60017-2327 | | 812.20 | NA | NA | 0.00 |
| | Cassidy & Company 2005 Pin Oak Drive Suite #3 ATTN: Kathy Jarnagin Saint Paul, MN 55122 | | 948.65 | NA | NA | 0.00 |
| | CBC Customhouse Brokers, Inc. P.O. Box 730 Attn: Jessica Goff Bloomingdale, IL 60108 | | 2,581.37 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CFB Computers 664 North Milwaukee Avenue Attn: Gantry Prospect Heights, IL 60070 | | 52.50 | NA | NA | 0.00 |
| | Clutch Global Logistics, Inc. 180 Champion Way Attn: David Gross Melrose Park, IL 60164 | | 9,251.49 | NA | NA | 0.00 |
| | CNDE Technology Limited Unit D, Block C1, 6/F Wing Hing Industrial Bldg. 14 Hing Yip Street Kwun Tong, Kowloon, Hong Kong | | 0.00 | NA | NA | 0.00 |
| | Comcast PO Box 10584 Atlanta, GA 30348 | | 281.90 | NA | NA | 0.00 |
| | Commerce Technologies, Inc. 25736 Network Place Chicago, IL 60673-1257 | | 627.88 | NA | NA | 0.00 |
| | Corsan Marketing, Inc., Robert F. Cox 266 White Plains Road Suite D-2 ATTN: Joanne Cox Eastchester, NY 10709 | | 115.06 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Costabile & Steffens, P.C. 1805 Hicks Road Attn: Frank Cosabile Rolling Meadows, IL 60008 | | 3,220.00 | NA | NA | 0.00 |
| | Duggan & Brown, Inc. 1617 Old York Rd. ATTN: Evan Brown/Janet Nikoden Abington, PA 19001 | | 4,600.00 | NA | NA | 0.00 |
| | Ellyn Joy Studios Eight Middlebury Lande Lincolnshire, IL 60069 | | 255.98 | NA | NA | 0.00 |
| | Enchanted Moments 344 Fence Row Drive ATTN: Susan Donner Fairfield, CT 06824 | | 150.52 | NA | NA | 0.00 |
| | FedEx P.O. Box 94515 Palatine, IL 60094-4515 | | 1,479.84 | NA | NA | 0.00 |
| | GBS Document Solutions P.O. Box 2340 North Canton, OH 44720-0340 | | 68.75 | NA | NA | 0.00 |
| | Hammacher Schlemmer c/o Anita Annunciacion Altus Global Trade Solutions 2400 Veteran Blvd Suite 300 Kenner, LA 70063 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hong Kong King Wise International Brown & Joseph, Ltd. 6Fi,No.1 BaiSha Rd.Ningbo Attn: Elizabeth Dawson | | 119,109.38 | NA | NA | 0.00 |
| | Horizon International Cargo, Inc. 860 Thomas Drive Attn: Greg Gesicki Bensenville, IL 60106 | | 3,700.00 | NA | NA | 0.00 |
| | ITA 655 A. Street, Suite F Attn: Patricia Lucek Springfield, OR 97477-4670 | | 526.08 | NA | NA | 0.00 |
| | Jet-Speed Logistics (USA) LLC 1555 Mittel Blvd., Suite J Attn: Margaret Wood Dale, IL 60191 | | 17,163.21 | NA | NA | 0.00 |
| | Kaufman & Canoles P.O. Box 3037 Norfolk, VA 23514-3037 | | 806.00 | NA | NA | 0.00 |
| | Liquid Capital Trade Finance, Inc. 579 N. 1st Bank Drive, Suite 200 Attn: Tom Stamborski Palatine, IL 60067 | | 65,717.48 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Liquid Capital Trade Finance, Inc. 579 N. 1st Bank Drive, Suite 200 Attn: Tom Stamborski Palatine, IL 60067 | | 0.00 | NA | NA | 0.00 |
| | Lone Star Incentives 709 E. First Street ATTN: Linda Walvoord Prosper, TX 75078 | | 622.77 | NA | NA | 0.00 |
| | MSI Associates 20 Joshua Trail ATTN: Mark Israel Madison, CT 06443 | | 167.13 | NA | NA | 0.00 |
| | Multi-Line Marketing, Inc. Attn: Michael Gubov 8530 Monticello Ave. Skokie, IL 60076 | | 154,437.00 | NA | NA | 0.00 |
| | Multi-Line Marketing, Inc. c/o Susan H. Booker, Esq. Levun, Goodman & Cohen, LLP 500 Skokie Blvd., Suite 650 Northbrook, IL 60062 | | 0.00 | NA | NA | 0.00 |
| | National Marketing Group 2904 Redfield Drive ATTN: David Mears Plano, TX 75025-2343 | | 5,021.81 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Next Level Sales & Mktg 7108 De Soto Ave., Suite 103 ATTN: David Lampf Canoga Park, CA 91303 | | 58.96 | NA | NA | 0.00 |
| | Oakley, Inc. 7795 West Flagler Street Miami, FL 33144 | | 850,520.00 | NA | NA | 0.00 |
| | Oakley, Inc. c/o Ali S. Razai, Esq. Knobbe, Martens, Olson & Bear, LLP 2040 Main St., 14th Floor Irvine, CA 92614 | | 0.00 | NA | NA | 0.00 |
| | Paul Shia & Associates Inc. PO Box 2011 ATTN: Paul Shia Grapevine, TX 76099-2011 | | 4,917.12 | NA | NA | 0.00 |
| | Petra Industries 2101 S. Kelly Ave. Edmond, OK 73013 | | 12,938.00 | NA | NA | 0.00 |
| | Petra Industries c/o Michelle Golden, Esq. Mages & Price, LLC 707 Lake Cook Road, Suite 314 Deerfield, IL 60015 | | 0.00 | NA | NA | 0.00 |
| | Pioneer Sales and Marketing 2015 Mount Wilderness Pointe ATTN: Ron Lee High Ridge, MO 63049 | | 6,467.72 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Prime Memory Solution 4600 Kietzke Lane. Suite H-182 Attn: Voker Reno, NV 89502 | | 2,600.00 | NA | NA | 0.00 |
| | Robinson Payne, LLC 2800 West Higgins Road, Suite 160 Attn: Richmond A. Payne Hoffman Estates, IL 60169-7221 | | 2,010.00 | NA | NA | 0.00 |
| | Russell Basch 13412 Rupert Ct. Richmond, VA 23233 | | 94,989.69 | NA | NA | 0.00 |
| | Seventh Avenue Inc. 1112 7th Avenue P.O. Box 2815 Monroe, WI 53566-8015 | | 5,186.62 | NA | NA | 0.00 |
| | Spagnolo & Hoeksema, LLC 2500 West Higgins Road, Suite 100 Attn: Kristen Hoeksema Hoffman Estates, IL 60169 | | 7,927.80 | NA | NA | 0.00 |
| | SPS Commerce, Inc. VB Box 3 P.O. Box 9202 Minneapolis, MN 55480-9202 | | 295.75 | NA | NA | 0.00 |
| | TDS Metrocom P.O. Box 94510 Palatine, IL 60094-4510 | | 812.62 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Distribution Network, Inc. 655 A Street, Suite F ATTN: Donna Corson Springfield, OR 97477 | | 806.34 | NA | NA | 0.00 |
| | The Hartford P.O. Box 2907 Attn: Dan Berman Hartford, CT 06104-2907 | | 8,548.62 | NA | NA | 0.00 |
| | The Moscoe Group 10900 Wayzata Blvd Suite 600 ATTN: Mark Knooihuizen Minnetonka, MN 55305-5602 | | 5,892.14 | NA | NA | 0.00 |
| | Toedesign, Inc. Studio #11 193 Hackensack Plank Attn: Aaron Hyperlink Weehawken, NJ 07086 | | 350.00 | NA | NA | 0.00 |
| | ULINE P.O. Box 88741 Chicago, IL 60680-1741 | | 309.88 | NA | NA | 0.00 |
| | UPS Domestic Lockbox 577 Carol Stream, IL 60132-0577 | | 139.92 | NA | NA | 0.00 |
| | UPS Freight 28013 Network Place Chicago, IL 60673-1280 | | 197.34 | NA | NA | 0.00 |
| | Vanasco Genelly & Miller 33 N. LaSalle St., Suite 2200 Chicago, IL 60602 | | 5,258.75 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Walgreens Co c/o Robert M. Andalman 542 S. Dearborn Street 10th Floor Chicago, IL 60605 | | 0.00 | NA | NA | 0.00 |
| | Walgreens Co P.O. Box 4025 Danville, IL 61834 | | 908,211.00 | NA | NA | 0.00 |
| | Wal-Mart Stores, Inc. 102 SW 8th Street Bentonville, AR 72716 | | 660.43 | NA | NA | 0.00 |
| | William J. Pearson, III 371 Sharon Drive Barrington, IL 60010 | | 207,191.35 | NA | NA | 0.00 |
| | Xcelacore 810 S. Thurlow Attn: Mansoor Anjarwala Hinsdale, IL 60521 | | 375.00 | NA | NA | 0.00 |
| 4 | Admiral Air Express D/B/A Alg | 7100-000 | NA | 196,139.26 | 196,139.26 | 0.00 |
| 12 | Duggan & Brown Inc | 7100-000 | NA | 10,340.16 | 10,340.16 | 0.00 |
| 2 | Fedex Tech Connect Inc As Assignee | 7100-000 | NA | 2,209.84 | 2,209.84 | 0.00 |
| 5 | Gbs Document Solutions | 7100-000 | NA | 68.75 | 68.75 | 0.00 |
| 11 | Jet-Speed Logistics (Usa) Llc | 7100-000 | NA | 25,649.02 | 25,649.02 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Kelly Montalbano | 7100-000 | NA | 2,054.00 | 2,054.00 | 0.00 |
| 3 | Liquid Capital Exchange | 7100-000 | NA | 73,150.35 | 73,150.35 | 0.00 |
| 10 | Pioneer Sales And Marketing | 7100-000 | NA | 13,504.24 | 13,504.24 | 0.00 |
| 6 | Production Materials Inc | 7100-000 | NA | 2,500.00 | 2,500.00 | 0.00 |
| 7 | United Parcel Service | 7100-000 | NA | 197.34 | 197.34 | 0.00 |
| 8 | United Parcel Service | 7100-000 | NA | 119.63 | 119.63 | 0.00 |
| 1 | Walgreen Co. | 7100-000 | NA | 908,211.00 | 908,211.00 | 0.00 |
| 13 | Wal-Mart Stores, Inc. | 7100-000 | NA | 4,082.47 | 4,082.47 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 2,720,874.49 | $ 1,238,226.06 | $ 1,238,226.06 | $ 0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 15-10496 | JSB | Judge: | Janet S. Baer | Trustee Name: | BARRY A. CHATZ |
| Case Name: | COBRA DIGITAL, LLC | | | | Date Filed (f) or Converted (c): | 03/24/2015 (f) |
| | | | | | 341(a) Meeting Date: | 05/05/2015 |
| For Period Ending: | 02/10/2017 | | | | Claims Bar Date: | 08/07/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Petty Cash 95 Messner Drive Wheeling, Il 60090-6447 | 15.26 | 0.00 | | 0.00 | FA |
| 2.  Associated Bank Account #2155160308 200 N. Adams St. P.O. Bo | 2,847.80 | 0.00 | | 115.42 | FA |
| 3.  Mb Bank 125 Mchenry Road Wheeling, Il 60090 Account #0691780 | 1,777.19 | 0.00 | | 4,092.09 | FA |
| 4.  Pay Pal Associated Bank 200 N. Adams St. P.O. Box 19006 Gree | 224.26 | 0.00 | | 0.00 | FA |
| 5.  The Hartford P.O. Box 660916 Dallas, Tx 75266-0916 The Hartf | 0.00 | 0.00 | | 0.00 | FA |
| 6.  The Hartford P.O. Box 660916 Dallas, Tx 75266-0916 The Hartf | 0.00 | 0.00 | | 0.00 | FA |
| 7.  See Attached Schedule B-16, Created As Of March 23, 2015, Wh | 115.92 | 0.00 | | 0.00 | FA |
| 8.  All Rights In And To Domain Name, "Cobradigital.Com" And Tra | 1,000.00 | 0.00 | | 0.00 | FA |
| 9.  Ordinary And Customary General Intangibles, Including Goodwi | 3,000.00 | 0.00 | | 0.00 | FA |
| 10.  See Attached Schedule B-28 & B-29 Miscellaneous Warehouse Eq | 7,535.87 | 0.00 | OA | 0.00 | FA |
| 11.  See Attached Schedule B-28 & B-29 Miscellaneous Machinery, F | 0.00 | 0.00 | OA | 0.00 | FA |
| 12.  See Attached Schedule B-30 Created As Of March 16, 2015 Inve | 172,454.80 | 0.00 | OA | 0.00 | FA |
| 13.  See Attached Schedule B-30 Created As Of March 16, 2015 Inve | 130,058.50 | 0.00 | OA | 0.00 | FA |
| 14.  Relidy 1510 West Fairmont Street Longview, Tx 75604 1 Yr Web | 149.95 | 0.00 | | 0.00 | FA |
| 15.  Gs1 Us P.O. Box 71-3034 Columbus, Oh 43271-3034 Account #104 | 300.00 | 0.00 | | 0.00 | FA |
| 16.  Aplusnet 7500M W. 110Th Str., Suite 400 Overland Pk., Ks 662 | 265.39 | 0.00 | | 0.00 | FA |
| 17.  Icix 1 Tower Place, Suite 300 South San Francisco, Ca 94080 | 600.00 | 0.00 | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 15-10496 | JSB | Judge: | Janet S. Baer | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|---|
| Case Name: | COBRA DIGITAL, LLC | | | | Date Filed (f) or Converted (c): | 03/24/2015 (f) |
| | | | | | 341(a) Meeting Date: | 05/05/2015 |
| For Period Ending: | 02/10/2017 | | | | Claims Bar Date: | 08/07/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18.  Worldsync, Inc. P.O. Box 71-3883 Columbus, Oh 43271-3883 Kma | 1,225.00 | 0.00 | | 0.00 | FA |
| 19.  Worldsync, Inc. P.O. Box 71-3883 Columbus, Oh 43271-3883 Wal | 1,225.00 | 0.00 | | 0.00 | FA |
| 20.  Cause of Action (u) | Unknown | 9,000.00 | | 9,000.00 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $322,794.94 | $9,000.00 | | $13,207.51 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR heard and distribution made 1/17/17

| RE PROP # | 10 | -- | Asset abandoned by Trustee's Notice of Abandonment filed 3/10/16 (Docket entry #28) |
|---|---|---|---|
| RE PROP # | 11 | -- | Asset abandoned by Trustee's Notice of Abandonment filed 3/10/16 (Docket entry #28) |
| RE PROP # | 12 | -- | Asset abandoned by Trustee's Notice of Abandonment filed 3/10/16 (Docket entry #28) |
| RE PROP # | 13 | -- | Asset abandoned by Trustee's Notice of Abandonment filed 3/10/16 (Docket entry #28) |
| RE PROP # | 20 | -- | Settlement with The Hartford for litigation commenced by The Hartford regarding insurance coverage purchased by debtor |

Initial Projected Date of Final Report (TFR): 06/30/2017      Current Projected Date of Final Report (TFR): 06/30/2017

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-10496 | Trustee Name: BARRY A. CHATZ |
| Case Name: COBRA DIGITAL, LLC | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0748 |
| | Checking |
| Taxpayer ID No: XX-XXX4723 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/10/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/15 | | Transfer from Acct # xxxxxx9734 | Transfer of Funds | 9999-000 | $4,167.51 | | $4,167.51 |
| 09/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,152.51 |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,137.51 |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,122.51 |
| 12/28/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,107.51 |
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,092.51 |
| 01/27/16 | 20 | THE HARTFORD HOME OFFICE LIABILITY LARGE LOSS HARTFORD PLAZA T-8-98 HARTFORD, CT  06115 | PREFERENCE SETTLEMENT | 1249-000 | $9,000.00 | | $13,092.51 |
| 02/17/16 | 400001 | Adams-Levine 370 Lexington Avenue, Suite 1101 New York, NY 10017 | Bond Premium | 2300-000 | | $12.58 | $13,079.93 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $13,064.93 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.15 | $13,046.78 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.36 | $13,027.42 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.71 | $13,008.71 |

| | | | Page Subtotals: | | $13,167.51 | $158.80 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | |
|---|---|---|---|
| Case No: 15-10496 | | Trustee Name: BARRY A. CHATZ | |
| Case Name: COBRA DIGITAL, LLC | | Bank Name: Union Bank | |
| | | Account Number/CD#: XXXXXX0748 | |
| | | Checking | |
| Taxpayer ID No: XX-XXX4723 | | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 02/10/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 01/17/17 | 400002 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL  60606-0000 | Distribution | | | $1,113.64 | $11,895.07 |
| | | BARRY A. CHATZ | Final distribution representing a payment of 51.24 % per court order.  ($1,060.99) | 2100-000 | | | |
| | | BARRY A. CHATZ | Final distribution representing a payment of 51.24 % per court order.  ($52.65) | 2200-000 | | | |
| 01/17/17 | 400003 | FrankGecker, LLP<br>325 North LaSalle<br>Suite 625<br>Chicago, IL  60654 | Final distribution representing a payment of 51.24 % per court order. | 3210-000 | | $11,867.81 | $27.26 |
| 01/17/17 | 400004 | FRANKGECKER LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL  60654 | Final distribution representing a payment of 51.24 % per court order. | 3220-000 | | $27.26 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $13,167.51 | $13,167.51 |
| Less: Bank Transfers/CD's | $4,167.51 | $0.00 |
| Subtotal | $9,000.00 | $13,167.51 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $9,000.00 | $13,167.51 |

Page Subtotals:                    $0.00      $13,008.71

Page: 3

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 15-10496 | Trustee Name: BARRY A. CHATZ | Exhibit 9 |
| Case Name: COBRA DIGITAL, LLC | Bank Name: The Bank of New York Mellon | |
| | Account Number/CD#: XXXXXX9734 | |
| | Checking | |
| Taxpayer ID No: XX-XXX4723 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 02/10/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/24/15 | 3 | Cobra Digital LLC VA 95 Messenger Drive Wheeling, IL 60090-6447 | LIQUIDATION OF OTHER ASSET Funds from debtor account at MB Financial Bank | 1129-000 | $4,092.09 | | $4,092.09 |
| 04/24/15 | 2 | Cobra Digital LLC 95 E. Wheeling Drive Wheeling, IL 60090 | LIQUIDATION OF OTHER ASSET Funds from debtor account at Associated Bank | 1129-000 | $115.42 | | $4,207.51 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,197.51 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,187.51 |
| 07/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,177.51 |
| 08/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,167.51 |
| 08/21/15 | | Transfer to Acct # xxxxxx0748 | Transfer of Funds | 9999-000 | | $4,167.51 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $4,207.51 | $4,207.51 |
| Less: Bank Transfers/CD's | $0.00 | $4,167.51 |
| Subtotal | $4,207.51 | $40.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,207.51 | $40.00 |

| | | |
|---|---|---|
| UST Form 101-7-TDR (10/1/2010) *(Page: 22)* | Page Subtotals: | $4,207.51   $4,207.51 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0748 - Checking | $9,000.00 | $13,167.51 | $0.00 |
| XXXXXX9734 - Checking | $4,207.51 | $40.00 | $0.00 |
| | $13,207.51 | $13,207.51 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $13,207.51 |
| Total Gross Receipts: | $13,207.51 |